**86-1689.** State v. Esparza. *Lucas County*, No. L-84-225. Reported at 39 Ohio St. 3d

8, 529 N.E. 2d 192. On motion for rehearing. Rehearing denied.

Wright and H. Brown, JJ., dissent.